AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

A. B. a minor, by next friend Brian Wilson;
L. B. a minor, by next friend Brian Wilson;
K. F. a minor, by next friend Brian Wilson;
M. M. a minor, by next friend Jenna Hullet;
J. J. a minor, by next friend Meghan Bartells;
N. M. a minor, by next friend Kristy Long;
A. M. a minor, by next friend Kristy Long;
M. M. 2 a minor, by next friend Kristy Long;
S. P. a minor, by next friend Meghan Bartells;
STEPHANIE M. a minor, by next friend Barbara Cook;
KYLE M. a minor, by next friend Barbara Cook;
ZARA S. a minor, by next friend Jason Doe

Plaintiffs

v.    **Civil Action No.**    3:23cv760

ERIC HOLCOMB in his official capacity as
the Governor of Indiana;
ERIC MILLER in his official capacity as
the Director of the Indiana Department of Child Services;
INDIANA DEPARTMENT OF CHILD SERVICES

Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____, which includes prejudgment interest at the rate of ____% plus post-judgment interest at the rate of ____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: Case DISMISSED without prejudice.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Damon R. Leichty on a motion to dismiss.

DATE: June 6, 2024

*Chanda J. Berta, Clerk Of Court*

by s/ D. Johnson
*Signature of Clerk or Deputy Clerk*